EXHIBIT 1

## IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | |
|---|---|
| BRIAN J. BARBER,<br><br>       Plaintiff,<br>vs.<br><br>ACATINCAI LORAND, PENSKE<br>TRUCK RENTAL AND SHANDEX<br>TRUCK, INC. ,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO. 26C996

DIVISION

JURY DEMANDED

### COMPLAINT

1. The plaintiff is a resident of Fort Bend County, TX. The defendant, Acatincai Lorand, is a resident of Limoges, Ontario, Canada. He can be served with process at 36 Christian St., Limoges, ON K0A2M0. The defendant, Penske Truck Leasing Company, is believed to be a foreign corporation properly qualified to do business in Hamilton County, Tennessee. They can be served with process through their American Registered Agent, Corporation Service Company, at 2908 Poston Avenue, Nashville, TN 37203. The defendant, Shandex Truck, Inc., is believed to be a foreign corporation properly qualified to do business in Hamilton County, Tennessee. They can be served with process through their American Registered Agent, Truck Process Agents of America, Inc. at 4315 53rd Street South, Fargo, ND 58104. The acts of negligence occurred within Hamilton County, Tennessee. Therefore, this Court has proper venue and jurisdiction of this cause of action.

2. At the time of this collision, the plaintiff, Brian Barber, was a guest passenger in an automobile operated by Joe E. Barber. The defendant, Acatincai Lorand, was operating a 2024 Freight FM2 owned and registered to Penske Truck Leasing Company and leased by Shandex Truck, Inc. The defendant, Acatincai Lorand, was operating the defendant vehicle at the time of

1

the accident while within the course and scope of his employment and while on the business of defendant Penske Truck Leasing Company so that the actions of Defendant Acatincai Lorand are directly attributable to Shandex Truck, Inc. Further, pursuant to T.C.A. §§ 55-10-311 & 55-10-312, Defendant, Shandex Truck, Inc. is vicariously liable for the acts and negligence of Defendant Acatincai Lorand.

3. The collision between the vehicles occurred in the 18120 block of Interstate 24 West. Speed limit is 55 MPH.

4. On August 12, 2025 at approximately 3:55 PM, the plaintiff, Brian Barber's vehicle was proceeding west on Interstate 24 and the defendant, Acatincai Lorand, was likewise. As traffic come to a stop Defendant Lorand was unable to stop and read ended the plaintiff's vehicle. As a result of this collision, the plaintiff received personal injuries.

5. The plaintiff received abrasions and contusions about his body; injuries including but not limited to the cervical, thoracic, and lumbar areas of his spine; a spraining, stretching, and tearing of the muscles, ligaments and tissues in and about his spine, which have resulted in an irritation of the spinal cord. As a result of these injuries, the plaintiff, Brian Barber, required extensive medical care and treatment, incurred substantial expense, sustained a temporary total impairment of his earning capacity, and was unable to pursue his normal activities.

6. The plaintiff's injuries may be permanent so that he will require future medical care, suffer a permanent impairment of his earning capacity and will remain unable to pursue normal activities.

7. The defendant, Acatincai Lorand, was guilty of common law negligence in the operation of the defendant vehicle in that:

(a) He did not have the defendant vehicle under due and reasonable control;

2

(b)     He was operating the defendant vehicle without keeping a reasonably safe lookout for other vehicles traveling on the roadway;
(c)     He failed to observe that the plaintiff vehicle was coming to a stop;
(d)     He was following too closely behind the plaintiff vehicle; and
(e)     When he knew or should have known that a collision was about to occur he failed to apply his brakes, change his direction of travel or make any other effort to avoid a collision.

8.     The defendant was guilty of statutory negligence in the operation of the defendant vehicle on a public thoroughfare within the State of Tennessee without regard for the safety of others including the plaintiff and in direct violation of the statutes of the provisions of T.C.A. § 55-8-124 and T.C.A. § 55-8-136 and is, therefore, guilty of statutory negligence per se.

Therefore, the Plaintiff, Brian J. Barber, sues the Defendants, Acatincal Lorand, Penske Truck Rental and Shandex Truck, Inc. , and demands judgment for the sum of $250,000.00. A jury is demanded to try the issues when joined.

Respectfully submitted,

WARREN & GRIFFIN, P.C.

BY:_____

C. Mark Warren, BPR#: 013992
Attorney for Plaintiff
1305 Carter Street
Chattanooga, Tennessee 37402
(423) 265-4878
cmark@warrenandgriffin.com

3

**IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE**

BRIAN J. BARBER, )
)
    Plaintiff, )   NO. 26C996
vs. )
) DIVISION
ACATINCAI LORAND, PENSKE )
TRUCK RENTAL AND SHANDEX ) JURY DEMANDED
TRUCK, INC. , )
)

    Defendants.

## COST BOND

    I hereby acknowledge and bind myself for the prosecution of this action and payment of

all non-discretionary costs in this Court, which may at any time be adjudged against the Plaintiff

in the event the Defendants shall not pay them.

    Witness my hand this ___20___ day of _____, 20_26_ .


        Respectfully submitted,

        WARREN & GRIFFIN, P.C.


        BY:_____
         C. Mark Warren, BPR#: 013992
         Attorney for Plaintiff
         1305 Carter Street
         Chattanooga, Tennessee 37402
         (423) 265-4878
         cmark@warrenandgriffin.com

4